IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTHONY HANNAN, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO: |
| vs. | ) | |
| | ) | |
| | ) | [Removed from Gwinnett |
| KING LOGISTICS INC., | ) | County State Court, Civil |
| NATIONAL SPECIALTY INSURANCE | ) | Action File No. |
| COMPANY, AND ROBIN MACKIE | ) | 22-C-01252-S2] |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR REMOVAL

COMES NOW defendants King Logistics, Inc., National Specialty Insurance Company, and Robin Mackie and shows this Honorable Court as follows:

1.

Plaintiff Anthony Hannan filed a Complaint for Damages against Petitioner/Defendant in the State Court of Gwinnett County, State of Georgia, denominated as Civil Action No. 22-C-01252-S2 and styled Anthony Hannah vs. King Logistics Inc, National Specialty Insurance Company,

<u>and Robin Mackie,</u> True and correct copies of all pleadings and orders served upon Defendants are attached hereto as Exhibit "A."

2.

Upon information and belief, Plaintiff is a citizen of the State of Georgia, Georgia. (See Complaint at ¶ 1, attached as Exhibit "B").

3.

Petitioner/Defendant King Logistics, Inc. is an Illinois corporation with its principal place of business in Illinois.

4.

Petitioner/Defendant National Specialty Insurance Company is a foreign corporation that exists under the laws of Texas with its principle place of business in Texas.

5.

Petitioner/Defendant Robin Mackie is a citizen of the State of Michigan.

6.

In his Complaint, plaintiff Anthony Hannah made a prayer for medical expenses, lost wages, pain and suffering, and punitive damages. However, he did not allege specific amount of damages. (See Complaint at ¶¶ 27-33, attached as Exhibit "B").

7.

On May 12, 2022, plaintiff alleged $92,222.46 in medical bills in his discovery responses. (See Plaintiff's Responses to Defendants' First Interrogatories, and Request for Production of Documents to Plaintiff, at ¶ 7 of Plaintiff's Responses to Defendant's First Interrogatories, attached as Exhibit "C").

9.

The matter in controversy is one in which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizen parties of different states and as the amount in controversy is believed to exceed the sum of $75,000. Therefore, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446(a), this matter may be removed to this Court.

10.

Venue in this Court is proper pursuant to 28 U.S.C. §§1391 and 1441.

11.

This Petition is filed within 30 days after receipt by Defendant of plaintiff's discovery responses, which constitutes "other paper" from which it is first ascertained that the case is removable pursuant to 28 U.S.C. § 1446(b)(3).

WHEREFORE, Defendant prays that this Petition be filed, that the entire action referred to herein above be removed to and proceed in the United States

District Court for the Northern District of Georgia, Atlanta Division, that no further proceeds be held in the case originally filed in the State Court of Gwinnett County, State of Georgia, and that Petitioner/Defendants have such other and further relief as this Court deems just and proper in the circumstances.

This 10th day of June, 2022.

/s Brian F. Williams
JONATHAN M. ADELMAN
Attorney Bar Number: 005128
BRIAN F. WILLIAMS
Attorney Bar Number:  212511
Attorneys for Defendants King Logistics, Inc., National Specialty Insurance Company, and Robin Mackie
Waldon Adelman Castilla Hiestand & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
Telephone: (770) 953-1710
Email: jadelman@wachp.com
Email: bwilliams@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY HANNAN, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) CIVIL ACTION NO: <br> vs. ) <br> ) <br> ) [Removed from Gwinnett <br> KING LOGISTICS INC., ) County State Court, Civil <br> NATIONAL SPECIALTY INSURANCE ) Action File No. <br> COMPANY, AND ROBIN MACKIE ) 22-C-01252-S2] <br> ) <br> ) <br> Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed Defendant's King Logistics, Inc., National Specialty Insurance Company, and Robin Mackie's Petition for Removal using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

> Michael L. Goldberg, Esq.
> Eric J.D. Rodgers, Esq.
> Fried Rogers Goldberg LLC
> 3560 Lenox Road
> Suite 1250
> Atlanta, GA  30326

[SIGNATURE ON NEXT PAGE]

Submitted this 10th day of June, 2022.

                              s/Brian F. Williams
                              JONATHAN M. ADELMAN
                              Attorney Bar Number: 005128
                              BRIAN F. WILLIAMS
                              Attorney Bar Number:  212511
                              Attorneys for Defendants King Logistics,
                              Inc., National Specialty Insurance Company,
                              and Robin Mackie
                              Waldon Adelman Castilla Hiestand & Prout
                              900 Circle 75 Parkway
                              Suite 1040
                              Atlanta, Georgia 30339
                              Telephone: (770) 953-1710
                              Email: jadelman@wachp.com
                              Email: bwilliams@wachp.com