E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-01252-S2**
**3/1/2022 3:37 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Anthony Hannah**
**c/o Fried Goldberg LLC**
**3550 Lenox Road, N.E., Suite 1500**
**Atlanta, Georgia 30326-4302**

**PLAINTIFF**

VS.

**Robin Mackie**
**4457 Lumley Street**
**Detroit, MI 48210**

DEFENDANT

**CIVIL ACTION NUMBER** 22-C-01252-S2

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Eric J. D. Rogers, Esquire**
**Fried Goldberg LLC**
**3550 Lenox Road, N.E., Suite 1500**
**Atlanta, Georgia 30326-4302**
**404-591-1800**

an answer to the complaint which is herewith served on you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. 1st day of March, 2022

This _____ day of _____, 20____.

Tiana P. Garner

Clerk of State Court

BY _____

Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

# Exhibit "A"

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-01252-S2**
**3/1/2022 3:37 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

22-C-01252-S2

**Anthony Hannah**
**c/o Fried Goldberg LLC**
**3550 Lenox Road, N.E., Suite 1500**
**Atlanta, Georgia 30326-4302**
                                   PLAINTIFF

                    VS.

**National Specialty Insurance Company**
**c/o CT Corporation System**
**289 Culver Street**
**Lawrenceville, GA 30046**
                              DEFENDANT

**CIVIL ACTION**
**NUMBER** _____

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Eric J. D. Rogers, Esquire**
**Fried Goldberg LLC**
**3550 Lenox Road, N.E., Suite 1500**
**Atlanta, Georgia 30326-4302**
**404-591-1800**

an answer to the complaint which is herewith served on you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.     1st day of March, 2022

Tiana P. Garner
Clerk of State Court

BY _____
                                          Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-01252-S2**
**3/1/2022 3:37 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| **Anthony Hannah** | **CIVIL ACTION** 22-C-01252-S2 |
| **c/o Fried Goldberg LLC** | **NUMBER** _____ |
| **3550 Lenox Road, N.E., Suite 1500** | |
| **Atlanta, Georgia 30326-4302** | |
| PLAINTIFF | |

VS.

**King Logistics Inc.**
**c/o The Financial Integrity Group**
**410 E. Taylor Street, Suite G**
**Griffin, GA 30223**

DEFENDANT

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Eric J. D. Rogers, Esquire**
**Fried Goldberg LLC**
**3550 Lenox Road, N.E., Suite 1500**
**Atlanta, Georgia 30326-4302**
**404-591-1800**

an answer to the complaint which is herewith served on you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.       1st day of March, 2022

Tiana P. Garner

Clerk of State Court

BY _____

Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

E-FILED IN OFFICE - E[
CLERK OF STATE COUR
GWINNETT COUNTY, GEORGI/
**22-C-01252-S**
3/1/2022 3:37 PM
TIANA P. GARNER, CLER[

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

ANTHONY HANNAH,

                Plaintiff,

vs.

KING LOGISTICS INC., NATIONAL
SPECIALTY INSURANCE COMPANY, and
ROBIN MACKIE,

                Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO.:

22-C-01252-S2

## COMPLAINT

COMES NOW Anthony Hannah, Plaintiff, and makes and files this complaint against Defendants King Logistics Inc., National Specialty Insurance Company, and Robin Mackie as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Anthony Hannah is a citizen of the State of Georgia and resides in Georgia and is subject to the jurisdiction of this court.

2.

Defendant King Logistics Inc. ("King Logistics") is a foreign corporation, existing under the laws of the State of Illinois with its principal place of business in the State of Illinois, is authorized to transact business in the State of Georgia, and King Logistics may be served by delivering a copy of the summons and complaint on The Financial Integrity Group at 410 E. Taylor Street, Suite G, Griffin, Georgia, 30223 and is subject to the jurisdiction of this court.

3.

Defendant National Specialty Insurance Company. ("National Specialty") is a foreign corporation, existing under the laws of the State of Michigan with its principal place of business in the State of Texas, and is authorized to transact business in the State of Texas, and may be served by delivering a copy of the summons and complaint on CT Corporation System at 289 Culver Street, Lawrenceville, Georgia 30046 and is subject to the jurisdiction of this court.

4.

Defendant Robin Mackie ("Mackie") is a citizen of the State of Michigan and and may be served with a copy of the Summons and Complaint at his home address of 4457 Lumley St., Detroit, MI 48210 and is subject to the jurisdiction of this court.

## BACKGROUND

5.

On or about March 25, 2021, Plaintiff Anthony Hannah was working in a truck that was stationary on the lot of Mohawk Industries.

6.

At the same time, Defendant Mackie was operating a tractor-trailer on the Mohawk yard next to Plaintiff's truck.

7.

Defendant's tractor-trailer collided with Plaintiff's truck causing him to strike his head.

8.

As a result of the collision, Plaintiff suffered a severe and permanent head injury resulting in migraines and vertigo.

-2-

## COUNT I – NEGLIGENCE

9.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

10.

Defendant Mackie was negligent in failing to keep a proper lookout, and failing to act with due care for the vehicles around him.

11.

Defendant Mackie was negligent for colliding with Plaintiff's vehicle.

12.

Defendant Mackie's negligence is the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT II – IMPUTED LIABILITY

13.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 12 above as if fully restated.

14.

At the time of the subject collision, Defendant Mackie was under dispatch for Defendant King Logistics.

15.

At the time of the subject collision, Defendant Mackie was operating his vehicle on behalf of Defendant King Logistics.

16.

Defendant King Logistics is an interstate or intrastate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Mackie in regard to the collision described in this complaint under the doctrine of lease liability, agency, or apparent agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION

17.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 16 above as if fully restated.

18.

Defendant King Logistics was negligent in hiring Defendant Mackie and entrusting him to drive a commercial vehicle.

19.

Defendant King Logistics was negligent in failing to properly train Defendant Mackie.

20.

Defendant King Logistics was negligent in failing to properly supervise Defendant Mackie.

21.

Defendant King Logistics' negligence in hiring Defendant Mackie and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT IV – DIRECT ACTION

22.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 21 above as if fully restated.

23.

Defendant National Specialty is subject to a direct action as the insurer for Defendant King Logistics pursuant to O.C.G.A. § 40-2-140.

24.

Defendant National Specialty was the insurer of Defendant King Logistics at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

25.

Defendant King Logistics and Defendant National Specialty are subject to the filing requirements outlined in O.C.G.A. § 40-2-140.

26.

Defendant National Specialty is responsible for any judgment rendered against Defendant King Logistics.

## COUNT V – DAMAGES

27.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 26 above as if fully restated.

28.

As a result of Defendants' negligence, Plaintiff suffered a permanent and severe head injury resulting in migraines and vertigo.

29.

As a result of Defendants' negligence, Plaintiff has incurred past medical expenses and will continue to incur future medical expenses.

30.

As a result of Defendants' negligence, Plaintiff has missed time from work and has a claim for lost wages.

31.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

## COUNT VI – PUNITIVE DAMAGES

32.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 31 above as if fully restated.

33.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

**WHEREFORE**, Plaintiff prays that he have a trial on all issues and judgment against Defendants as follows:

a. That Plaintiff recover the full value of his past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b.      That Plaintiff recover for physical and mental pain and suffering in an amount to

be determined by the enlightened conscience of a jury;

c.      That Plaintiff recover for his permanent disability and loss of enjoyment of life in

an amount to be determined by the enlightened conscience of a jury;

d.      That Plaintiff recover punitive damages in an amount to be determined by the

enlightened conscience of a jury; and

e.      That Plaintiff recover such other and further relief as is just and proper

This 1st day of March, 2022.

Respectfully Submitted,

**FRIED GOLDBERG LLC**

By: /s/ Eric J.D. Rogers
**MICHAEL L. GOLDBERG**
Georgia Bar No. 299472
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

3550 Lenox Road NE
Suite 1500
Atlanta, Georgia 30326
T: (404) 591-1800
F: (404) 574-6247
michael@friedgoldberg.com
eric@friedgoldberg.com

-7-

E-FILED IN OFFICE - EI
CLERK OF STATE COUR
GWINNETT COUNTY, GEORGI/
**22-C-01252-S:**
**3/1/2022 3:37 PN**
TIANA P. GARNER, CLERI

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

ANTHONY HANNAH,

               Plaintiff,

vs.

KING LOGISTICS INC., NATIONAL
SPECIALTY INSURANCE COMPANY, and
ROBIN MACKIE,

               Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO.:   22-C-01252-S2

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST
## FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

TO:    Defendants by and through its counsel of record.

Plaintiff, pursuant to O.C.G.A. §§ 9-11-33 and 9-11-34, submits herewith to Defendants, for response within forty-five (45) days after service hereof, in the form provided by law, the following interrogatories and requests for production of documents, the same being continuing in nature, requiring a supplemental response upon the discovery of other or further information or documents affecting your response hereto.

In responding, you are requested to answer fully and produce all documents available to you or in your possession or in the possession of any agent, insurer, investigator or attorney acting in your behalf.

1.

State the name and address of any individual or entity with any ownership or lease interest in the tractor or trailer (including any container or chassis if applicable) driven by Defendant Mackie on the date of the incident referred to in the Complaint and describe the nature of the interest.

2.

Identify all vehicle leases, subleases, trip leases, or other leasing or sharing arrangements involving the tractor or trailer (including any container or chassis, if applicable) by Defendant Mackie from thirty days prior to the subject collision to thirty days subsequent to the collision.

3.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any lease, contract, or other agreement regarding the tractor or trailer (including any container or chassis, if applicable) driven by Defendant Mackie on the day of the incident referred to in the complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

4.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of the bill of sale, title, and any other documents relating to the ownership of the tractor and trailer driven (including container or chassis, if applicable) by Defendant Mackie on the date of the incident referred to in the complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

5.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any lease, employment contract, or any other documents

regarding the employment status of Defendant Mackie.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

6.

State the point of origin, destination and reason for the trip being made by the Defendant at the time of the incident referred to in the Complaint.

7.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, a copy of the bill of lading for any loads carried by Defendant Mackie for the eight day period preceding the incident referred to in the complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

8.

In regard to the load being transported at the time of the collision by Defendant Mackie, identify:

(a)     Where the load originated;

(b)     The contents thereof;

(c)     The weight of said load;

(d)     The final destination of the load; and

(e)     Any contracts, bills of lading, shipment documents, consignment forms, fax correspondence, or other writings pertaining to the transportation of said load.

9.

Was the Defendant's vehicle covered by liability insurance?  If so, state the names of all insurers providing liability insurance on said vehicle and give the limits of coverage of each such policy.

10.

Has any insurer referred to above denied coverage or reserved its right to later deny coverage under any such policy of liability insurance?  If so, please explain.

11.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, the policy of insurance identified in response to Interrogatory No. 9.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

12.

Do you contend that Plaintiff or any non-party caused or contributed to the collision in question?  If so, state with particularity each and every contention made in this regard.

13.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any trip reports or dispatch records in regard to Defendant Mackie for the two week period preceding the incident referred to in the complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

14.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, a copy of all driver's logs or time cards for Defendant Mackie for the six month period preceding the incident referred to in the complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

15.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of all weight tickets, check stubs, fuel receipts, invoices, hotel bills and other records for any expenses incurred by Defendant Mackie for the six month period preceding the incident referred to in the complaint.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

16.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of all daily, monthly, and annual inspection reports, and any other inspection reports concerning the tractor and trailer (including any container or chassis, if applicable) driven by Defendant Mackie on the day of the incident referred to in the complaint for the one year period preceding this incident and the six month period following this incident.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

17.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of all maintenance records, repair invoices and work orders concerning the tractor and trailer (including any container or chassis, if applicable) driven by Defendant Mackie on the day of the incident referred to in the complaint for the one year period preceding this incident and the six month period following this incident.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

18.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, a copy of Defendant Mackie's driver's qualification file, including but not limited to:

    (a)     Application for employment;

    (b)     Copy of his CDL license;

    (c)     Driver's certification of prior motor vehicle accidents;

    (d)     Driver's certification of prior violations of motor vehicle laws;

    (e)     Driver's prior employment history;

    (f)     Carrier's inquiry into his driving record;

    (g)     Carrier's inquiry into his employment record;

    (h)     Documents regarding carrier's annual review of his driving record;

    (i)     Response of each state agency to carrier's annual inquiry concerning his driving record;

-6-

(j)     Certification of driver's road test;

(k)     Medical examiners certificate;

(l)     Statement setting forth in detail any denial, revocation, or suspension of any license, permit or privilege to operate a motor vehicle;

(m)     Training certificates and training documents;

(n)     Drug testing records; and

(o)     Any other documents.

In lieu of this, you may attach copies thereof to your answers to these interrogatories.

19.

Did you conduct a post-accident alcohol and controlled substance test on Defendant Mackie?  If so, please state:

(a)     The date of testing;

(b)     Who performed the test;

(c)     Where the test was performed; and

(d)     The results of the test.

20.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any printouts, records, correspondence, memoranda, or other documents concerning post-accident alcohol and controlled substance testing of Defendant Mackie. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

-7-

21.

If post-accident testing was not performed on Defendant Mackie, please state the reasons such testing did not occur.

22.

Was a post-accident report completed and forwarded to the Federal Highway Administration?  If not, please state the reasons that a post-accident report was not completed.

23.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, a copy of any post-accident report.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

24.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, the accident register for Defendant for the one year period preceding the subject accident.   In lieu of this, you may attach copies thereof to your answers to these interrogatories.

25.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any driver manuals, guidelines, rules or regulations issued to drivers by Defendant or kept by Defendant.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

26.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any reports, memoranda, notes, logs or other documents evidencing any complaints about Defendant Mackie.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

27.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of all safety manuals, brochures, handouts, literature, or other written documents pertaining to safety provided to drivers by Defendant or kept by Defendant.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

28.

State in detail the factual basis for each defense you have raised in your answer to the complaint.

29.

State the name, address, and telephone number for the President, Safety Director, Federal Safety Regulation Compliance Officer, the Dispatcher for the trip which ultimately resulted in the collision, and all persons who interviewed and were involved with the hiring or associating of Defendant Mackie.

30.

State whether the tractor involved in the collision contained or utilized an on-board recording device, an on-board computer, tachograph, trip monitor, trip recorder, trip master,

Qualcomm, Vorad, ECM or device known by any other name which records information concerning the operation of the tractor.

31.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any printouts, records or documents produced by any device identified in response to the preceding interrogatory for the six month period prior to the incident referred to in the complaint. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

32.

Describe the tractor operated by Defendant Mackie at the time of the collision, including but not limited to the year, make, and model, mileage, maintenance history, all features, specifications, special equipment, governors, on-board recording devices, radar detectors, CB radios, or other descriptive information regarding the tractor and trailer unit.

33.

Has Defendant ever been cited by the Department of Transportation, Public Service Commission, or Federal Highway Administration for violation of the Federal Motor Carrier Safety Regulations? If so, please state for each instance:

(a)     The date of the violation;

(b)     A description of the violation;

(c)     The location where the violation occurred;

(d)     The agency issuing the citation; and

(e)     The ultimate disposition of the charges.

34.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any document concerning any violation identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

35.

Has Defendant ever been disqualified or placed out-of-service? If so, please state for each instance.

(a)     The dates of disqualification; and

(b)     The reason for the disqualification

36.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any document concerning any disqualification or out-of-service identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

37.

Identify the name and address of any repair facility which performed repairs or maintenance on the tractor and trailer (including any container or chassis, if applicable) driven by Defendant Mackie on the date of the incident referred to in the complaint for the one year period preceding the incident and six month period after the incident.

38.

State the extent of any training provided to Defendant Mackie by this Defendant or any outside agency since the date of Defendant Mackie's application for employment or the date he began driving for this Defendant, whichever came first.

39.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any documents regarding any training received by Defendant Mackie. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

40.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any permits or licenses regarding the tractor and trailer driven by Defendant Mackie and the load transported by Defendant Mackie at the time of the incident referred to in the complaint. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

41.

Please explain the nature of the employment relationship between this Defendant and Defendant Mackie (i.e., lease operator, company driver, temporary driver, etc.), including, but not limited to: the date the employment relationship began, if the employment relationship has been terminated, the date of such termination, and the identity of the person who terminated such driver.

42.

With respect to Defendant Mackie, please state the driver's mode of compensation.

43.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, the payroll information concerning said driver for the six (6) months prior to and the two (2) months subsequent to said collision and his pay check for the time period covering the date of the collision. (Plaintiff's counsel is not requesting copies of pay checks unless otherwise specified, but requests the individualized payroll record ledger sheet indicating the amount of pay, miles driven for the time periods specified, etc.). In lieu of this, you may attach copies thereof to your answers to these interrogatories.

44.

Does this Defendant, on its own or through its insurer, or through any other person or business entity, obtain information from any private source or governmental agency concerning the driving history, driving infractions, and motor vehicle records of drivers it employs? If so, please state the name and business of each entity through which such information was requested or obtained concerning the driver involved in the subject collision, and the dates upon which such information was obtained concerning the driver operating the commercial truck involved in the subject collision.

45.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, all motor vehicle records or reports of any kind received from any private corporation or service, or any governmental entity relative to the driving history, driving record, and driving infractions of Defendant Mackie since the commencement of said driver's employment with

this Defendant up and through the date of trial.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

46.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, all documents and materials sent to or received from the Director of Regional Motor Carrier Safety of the Office of the Federal Highway Administration, the Georgia Regulatory Authority, or any other governmental agency relative to the subject collision which is made the basis of this lawsuit.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

47.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, all certificates of authority, filings, registrations, license, permits, or other related documents issued by or sent to any governmental entity in regard to this Defendant or this Defendant's operations.  In lieu of this, you may attach copies thereof to your answers to these interrogatories.

48.

Please identify all automobile accidents and moving violations for Defendant Mackie prior to and subsequent to the incident referred to in the complaint, including the date of the event, the location, the jurisdiction and a description of the event.

49.

Please state Defendant Mackie's date of birth, social security number and driver's license #?

50.

Please identify the cellphone number and service provider for all cellphones owned, used or operated by Defendant Mackie on the date of the incident.

51.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, copies of any downloadable data from any cellphone used by Defendant Mackie on the date of this incident and any cellphone records showing incoming and outgoing calls, texts and messages for the date of the incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

52.

State the name and address of any person, including any party, who, to your knowledge, information or belief:

(a)     Was an eyewitness to the incident complained of in this action;

(b)     Has some knowledge of any fact or circumstance upon which your defense is based;

(c)     Has conducted any investigation relating to the incident complained of or the background, employment, medical history or activities of the plaintiff.

53.

To your knowledge, information or belief, has any person identified in answering the preceding interrogatory given any statement or report in connection with this action? If so, describe such statement or report and give the name and address of the person having custody and control thereof.

54.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, all such statements or reports. In lieu thereof, you may attach copies to your answers to these interrogatories.

55.

To your knowledge, information or belief are there any videotapes, photographs, plats or drawings of the scene of the incident referred to in the Complaint, the vehicles or plaintiff? If so, please describe such videotapes, photographs, plats or drawings and give the name and address of the person having custody and control thereof.

56.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, all such videotapes, photographs, plats or drawings. In lieu thereof, you may attach copies to your answers to these interrogatories.

57.

If you intend to call any expert or technician as a witness at the trial of this action, state the subject matter on which he is expected to testify and state in detail the opinions held by each such expert or technician and give a complete summary of the grounds for each opinion held.

58.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any videotape, photograph, report, data, memoranda, handwritten notes, or other document reviewed by or generated by an individual identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

59.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any documents obtained through a request for production of documents or subpoena. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

60.

In regard to any document which has not been produced on grounds of privilege, please state the following:

(a) The date each document was generated;

(b) The person generating each document;

(c) The present custodian of each document;

(d) A description of each document.

61.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any medical records, videotapes, photographs, or other evidence concerning, referencing, or depicting plaintiff. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

62.

Forty-five (45) days after service hereof, you are requested to produce for inspection and copying by the Plaintiff at the offices of Fried Goldberg LLC, 3550 Lenox Road, Suite 1500, Atlanta, Georgia 30326, any PSP report or similar report from the FMCSA on the defendant driver

showing his prior accidents and inspection history.  In lieu of this, you may attach copies thereof to

your answers to these interrogatories.

This 1st day of March, 2022.

Respectfully Submitted,

**FRIED GOLDBERG LLC**

By: */s/ Eric J.D. Rogers*
**MICHAEL L. GOLDBERG**
Georgia Bar No. 299472
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

Three Alliance Center
3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326
(404) 591-1800
Fax: (404) 591-1801
Email:  Michael@friedgoldberg.com
Email:  eric@friedgoldberg.com



Joseph A. Fried
Michael L. Goldberg
Bradford W. Thomas
Brian T. Mohs
Eric J. D. Rogers
Briant G. Mildenhall
Nathan A. Gaffney
Adam P. Smith

**TANYA A. PEETE**
**PARALEGAL**
DIRECT DIAL: 404-591-1823
DIRECT FAX: 404-591-1801
E-MAIL: Eric@friedgoldberg.com
E-MAIL: Tanya@friedgoldberg.com

May 25, 2022

*<u>Sent Via Facsimile: (775) 684-4899</u>*
*<u>Sent Via Certified Mail Return Receipt Requested</u>*
Nevada Department of Motor Vehicle
Records Section
555 Wright Way
Carson City, NV 89711-0250

> Re:    Driver :    **Robin Mackie**
>         DL No.:    **NV 2103656536**
>         DOB:       **6/3/1957**

Dear Sirs or Madam:

Our firm represents Anthony Hannah who was injured as a result of an automobile collision involving Robin Mackie. At this time, we wish to request a complete driving history for **ROBIN MACKIE.** *<u>I have enclosed a subpoena requiring you to produce a certified copy of his driving record on June 24, 2022</u>*. Our firm check in the amount of $12.00 is enclosed herein for charges related to this request.

Thank you in advance for your assistance. Please contact me at the number above should you require any further information.

Sincerely,
**FRIED GOLDBERG LLC**

*Tanya Peete*

Tanya Peete
Paralegal

:tap
Enclosures
cc:     All Counsel of Record (w/encls)

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

ANTHONY HANNAH,

                        Plaintiff,

vs.

KING LOGISTICS INC., NATIONAL
SPECIALTY INSURANCE COMPANY, and
ROBIN MACKIE,

                        Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO.: 22-C-01252-S2

**SUBPOENA FOR PRODUCTION OF DOCUMENTARY EVIDENCE**

**TO:   NEVADA DEPARTMENT OF DRIVERS' SERVICES**
       **Central Services Records Division**
       **555 Wright Way**
       **Carson City, NV 89711-0250**

       YOU ARE HEREBY COMMANDED, that laying all other business aside you be and appear at Fried Goldberg LLC, 3550 Lenox Road, N.E., Suite 1500, Atlanta, GA 30326 at <u>10:00 a.m.</u> on <u>June 24, 2022</u>, and to produce into said court certain documents: **<u>a CERTIFIED COPY of the complete driving history for</u> ROBIN MACKIE <u>(DL #2103656536 and DOB: 6/3/1957)</u>** to be used as evidence by the Plaintiff in the above styled case.

       HEREIN FAIL NOT, under the penalty of the law by the Presiding Judge of said Court, this 25th day of May, 2022.

                                      **If you have any questions, contact**

                                        Eric J.D. Rogers
                                        Georgia Bar Number 100081
                                        **Attorney for Plaintiff**

Eric J.D. Rogers, Esquire
Fried Goldberg LLC
3550 Lenox Road, N.E., Suite 1500
Atlanta, Georgia 30326-4275
Telephone: 404-591-1800

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing ***Subpoena***

***for Production of Documentary Evidence*** upon all parties to this matter by depositing a true and

correct copy of same in the United States mail, proper postage prepaid, properly addressed to the

following:

Jonathan M. Adelman, Esq.
Brian F. Williams, Esq.
**WALDON ADELMAN CASTILLA**
**HIESTAND & PROUT**
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
jadelman@wachp.com
bwilliams@wachp.com

*Attorneys for Defendant*

Dated on May 25, 2022.

**FRIED GOLDBERG LLC**

_____
Eric J.D. Rogers
Georgia State Bar Number: 100081

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:   404-591-1800
Email:  michael@friedgoldberg.com
Email: eric@friedgoldberg.com



|  | Joseph A. Fried |
|---|---|
|  | Michael L. Goldberg |
|  | Bradford W. Thomas |
|  | Brian T. Mohs |
|  | Eric J. D. Rogers |

**TANYA A. PEETE**
**PARALEGAL**
DIRECT DIAL: 404-591-1823
DIRECT FAX: 404-591-1801
E-MAIL: Eric@friedgoldberg.com
E-MAIL: Tanya@friedgoldberg.com

May 25, 2022

Briant G. Mildenhall
Nathan A. Gaffney
Adam P. Smith

*Sent Via Electronic Mail: gldc@att.com*
*Sent Via Certified Mail Return Receipt Requested*
New Cingular Wireless (AT&T)
Subpoena Compliance Center
11760 US Highway 1, Ste. 600
North Palm Beach FL 33408

**Re:** *Anthony Hannah v. King Logistics Inc., National Specialty Insurance Company, and Robin Mackie*
**State Court of Gwinnett County; Civil Action File No.: 22-C-01252-S2**

Dear Sirs or Madam:

Our firm represents Anthony Hannah as it relates to a motor vehicle collision which occurred on March 25, 2021 in Gordon County, Georgia. At this time, we wish to request the following records:

**A CERTIFIED COPY** of the call history, text message detail and data usage history (SEE ATTACHMENT A) showing the dates and times of all calls and text messages placed and received for cell phone number 313-421-9692 from 12:00 A.M. March 25, 2021 through 11:59 P.M. March 25, 2021.

*I have enclosed a subpoena requiring you to produce a certified copy of the requested records by June 24, 2022.* Thank you in advance for your assistance. Please contact me at the number above should you require any further information.

Sincerely,
**FRIED GOLDBERG LLC**

*Tanya Peete*

Tanya Peete
Paralegal

EJDR:tap
Enclosures
cc:    All Counsel of Record (w/encls)

Three Alliance Center | 3550 Lenox Road, N.E. | Suite 1500 | Atlanta, Georgia 30326-4302 | 404.591.1800 | Fax 404.591.1801
www.friedgoldberg.com | www.thetruckingattorneys.com

1

**IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA**

ANTHONY HANNAH,

                Plaintiff,

vs.

KING LOGISTICS INC., NATIONAL
SPECIALTY INSURANCE COMPANY, and
ROBIN MACKIE,

                Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO.: 22-C-01252-S2

**SUBPOENA FOR PRODUCTION OF DOCUMENTARY EVIDENCE**

**TO:**    **New Cingular Wireless (AT&T)
       ATTN:  Subpoena Compliance Center
       11760 US Highway 1, Suite 600
       North Palm Beach, Florida 33408**

       **Cell Phone Number  :**      **(313) 421-9692**

      YOU ARE HEREBY COMMANDED, that laying all other business aside you be and appear at Fried Goldberg LLC, 3550 Lenox Road, N.E., Suite 1500, Atlanta, GA 30326 at <u>10:00 a.m.</u> on <u>June 18, 2022</u>, and to produce into said court certain documents: **<u>a certified copy of the requested documents in "Attachment A" for cell phone number (313) 421-9692 for the timeframe of 12:00 A.M. March 25, 2021 through 11:59 P.M. March 25, 2021</u>** to be used as evidence by the Plaintiff in the above styled case.

      HEREIN FAIL NOT, under the penalty of the law by the Presiding Judge of said Court, this 25th day of May, 2022.

                                            */s/ Eric J.D. Rogers*
                                            **ERIC J.D. ROGERS**
                                            Georgia Bar Number 100081

**If you have any questions, contact
Attorney for Plaintiff**
<u>Eric J.D. Rogers, Esquire</u>
<u>Fried Goldberg LLC</u>
<u>3550 Lenox Road, N.E., Suite 1500</u>
<u>Atlanta, Georgia 30326</u>
<u>Telephone: 404-591-1800</u>

**ATTACHMENT A**

1. All **call and communication detail records** (CDRs) with time zones, including roaming activity, along with **ALL available location data** for all currently held information on **phone calls**, **text messages** (SMS messages), **data transaction history**, **multimedia messages** (MMS), **user data**, and **network-initiated data/signaling/network operation data transactions** (including bytes transferred up and down), all **Wi-Fi calling** and **VoLTE** (voice over long term evolution data), and, any available **registration data**, **network-operation data transactions**, et cetera

2. Regarding all available location data: Provide **ALL available historical location information** [cell site sector beginning, interim, ending, and, ranging data [i.e., range to tower/real time tool (RTT), reveal data, per call measurement data (PCMD), timing advance, network element location system (NELOS)/historical precise location information data/geolocation data (i.e., estimated historical location estimates of cellular devices), etc.] along with all detailed cell site lists for the appropriate periods of target device usage, including specific cell site identifiers such as LACs (location area codes) and CIDs (cellular identifiers), eNodeBs (outdoor LTE infrastructure equipment), switch names and cell site numbers, repoll numbers, network element identifiers (NEIDs), repolls, network extenders [including MAC (media access control)] addresses, addresses/latitudes and longitudes of installation, IP address logs, dates and times of use (with time zones), etc., distributed array system (DAS) sites, pico cell sites, nano cell sites, mobile cell sites [i.e., cell sites on wheels (COWs)], etc., along with, latitudes and longitudes, azimuths/orientations/faces, beamwidths, unique cell/sector and network maintenance records (i.e., specific dates and times of use), etc. for ALL involved cell site switches (not just the cell sites/sectors used by the device, but to include ALL cell sites in the involved switches). Also provide all stored location histories and navigation-based records [i.e., Google location history, Google Maps directions, addresses, location search queries, latitudes and longitudes, labels of locations (i.e., home, work, etc.), IP logs, etc.

3. Additional-Related Historical Records: Provide **all IP-based addressing and routing information for all messages** held by any entity related to the use of text messaging or text messaging-like services and email services (i.e., Apple's iMessage, AT&T Messages, Google's Gmail, Apple's iCloud, etc.) held by any entity including all IP logs with source

and destination IPs, data transferred (i.e., bytes up/down), MAC addresses of involved equipment, with port information, if available. Also provide all smartphone device dates of service, unique identifiers (i.e., Apple's UDIDs, Android Unique Device ID), IP-access logs for accessing Apple, Google, Skyhook Wireless, etc. Also provide ALL smartphone applications installed, updated, and/or uninstalled on the target account/device for the designated periods including application names, version numbers, payment info (i.e., if charged, method of payment), etc. And, provide any smartphone application purchase information including purchases of music, videos, services, etc. (i.e., Google Play, Apple iTunes, etc.).

4. <u>Stored Electronic Communications Content:</u> Provide **ALL stored electronic communications for the target number/account and any associated email address** (i.e., Google Gmail email account, Apple iCloud email account, etc.) for the target periods of time. This is to include all stored voicemail content, text message content (including any messages in cue waiting to be delivered), email content (including subject line), and, any other stored electronic communications such as pictures, videos, audio recordings, and/or, chat applications/functions messaging. Also provide all available search histories, i.e., Google's specific-account search histories including dates and times of searches, IP addresses of service access, terms searched, and, any available related information.

5. <u>Instructions/Legends:</u>  Also provide any available **interpretive documents, instructions, or legends**, as well as assistance, to aid in the interpretation of ALL provided data.

6. <u>Closing Requests:</u> Provide all requested data as in original electronic format, via email at the address of eric@friedgoldberg.com and tanya@friedgoldberg.com if possible. Please provide the requested data in a digital hard copy.

7. <u>Fees:</u>  If fees are accrued in complying with this request, the requesting party will pay those fees. Please contact Tanya Peete at (404) 591-1823 or tanya@friedgoldberg.com to arrange payment.

**If you have any questions, contact Attorney for Plaintiff**
Eric J.D. Rogers, Esq., Fried Goldberg LLC, 3550 Lenox Road, NE, Suite 1500, Atlanta, GA 30326-4302
Telephone: (404) 591-1800